1  Robert M. Pattison (State Bar No. 103428)
   Alison Cubre (State Bar No. 257834)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California  94105
   Telephone:  (415) 394-9400
4  Facsimile:  (415) 394-9401
   E-mail:  pattisonr@jacksonlewis.com
5  E-mail:  cubrea@jacksonlewis.com

6  Attorneys for Defendant
   INTERNATIONAL SECURITY SERVICES,
7  INC.

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  MIKELA MINACIS,                    Case No.  CV-09-01653 MHP

12             Plaintiff,              **APPLICATION TO APPEAR
                                       TELEPHONICALLY AT
13         v.                          SETTLEMENT CONFERENCE AND
                                       [PROPOSED] ORDER**
14  INTERNATIONAL SECURITY SERVICES
    INC.                               Date:      April 16, 2010
15                                     Time:      10:00 am
               Defendant.             Dept.:      301
16                                     Judge:  Hon. Maria Elena-James

17                                     Complaint Filed:  April 14, 2009
                                       Trial Date:  None Set
18

19        A Settlement Conference is scheduled in this case for April 16, 2010, at 10:00 a.m. before

20  Judge Maria-Elena James. Defendant International Security Services Inc. ("Defendant") submits

21  this application to request that the representative from its insurance carrier be allowed to appear

22  telephonically at that conference.

23        Defendant is insured by Travelers' Indemnity Co. ("Travelers"). The claims examiner at

24  Travelers who is responsible for this case is Shantel Dixon. Ms. Dixon is located in Hartford,

25  Connecticut. The expense and time involved in Ms. Dixon traveling to San Francisco to appear in

26  person at the Settlement Conference would be a substantial hardship.  Although Ms. Dixon could

27  have a local representative appear at the conference in her place, it would be more effective for

28  settlement purposes if Ms. Dixon was able to appear telephonically.

                                    1
APPLICATION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE AND
[PROPOSED] ORDER                              Case No: CV-09-01653-MHP

1        Thus, Defendant respectfully requests that the Court grant this application for Ms. Dixon

2    to appear telephonically at the April 16, 2010 Settlement Conference.

3

4    Dated: March 26, 2010              JACKSON LEWIS LLP

5

6                               By: _____

7                                 Robert M. Pattison
                                  Alison Cubre

8                                 Attorneys for Defendant
                                  INTERNATIONAL SECURITY
                                  SERVICES, INC.

9

10

11                                [~~PROPOSED~~] ORDER

12        GOOD CAUSE APPEARING THEREFORE, Defendant International Security Services

13    Inc.'s insurance claims examiner, Shantel Dixon, may appear telephonically at the April 16, 2010

14    Settlement Conference.

15    Dated: April 2, 2010            _____

16                               Maria-Elena James
                                United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE AND
[~~PROPOSED~~] ORDER                     Case No: CV-09-01653-MHP