IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MIKELA MINACIS,

    Plaintiff(s),

vs.

INTERNATIONAL SECURITY SERVICES,

    Defendant(s).
_____/

NO:  C-09-1653 MHP (MEJ)

NOTICE AND ORDER RESCHEDULING SETTLEMENT CONFERENCE

    PLEASE TAKE NOTICE that this case shall be rescheduled for a Settlement Conference before Chief Magistrate Judge Maria-Elena James.  The Plaintiff in this matter shall contact the Court regarding further settlement dates as the Settlement Conference previously scheduled for April 16, 2010 has been vacated.

Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

IT IS SO ORDERED.

Dated:  April 7, 2010

                                            _____
                                            MARIA-ELENA JAMES
                                            Chief United States Magistrate Judge