1  Robert M. Pattison (State Bar No. 103528)
   Alison J. Cubre (State Bar No. 257834)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: pattisonr@jacksonlewis.com
5  E-mail: cubrea@jacksonlewis.com

6  Attorneys for Defendant(s)
   INTERNATIONAL SECURITY SERVICES,
7  INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12 | MIKELA MINACIS,                          | Case No. 3:09-CV-01653-MHP
13 |         Plaintiff(s),                    | [PROPOSED] ORDER REQUIRING PLAINTIFF TO REGULARLY CHECK HIS MAIL AND EMAIL
14 |    v.                                    |
15 | INTERNATIONAL SECURITY SERVICES,         | Complaint Filed: April 15, 2009
16 |         Defendant(s).                    | Trial Date: None Set

17

18  THE COURT ORDERS:

19      Plaintiff must provide this Court and Defendant International Security Services, Inc. a

20  mailing address at which Plaintiff will regularly receive mail. The Court recommends Plaintiff

21  provide a home address rather than a P.O. Box. Plaintiff must regularly check his mail at the

22  address he provides.

23      Plaintiff also must regularly check the email address he provided to this Court on April 16,

24  2010. If Plaintiff does not regularly check the email address, m_mikela@hotmail.com, Plaintiff

25  must provide this Court an email address that he regularly checks.

26  / / /

27  / / /                              4/29/2010

28  / / /

                                        1

[PROPOSED] Order                                                Case No. 3:09-CV-01653-MHP

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

IT IS SO ORDERED.

Dated: _____

                                                THE HONORABLE MARILYN HALL PATEL
                                                UNITED STATES DISTRICT COURT JUDGE

I:\I\International Security Svcs - Minacis (Trav) (151015)\Minacis-Mikela (151015)\Pleadings\20100427 AJC Court Order.doc

## CERTIFICATE OF SERVICE

Case Name:   *Mikela Minacis v. International Security Services, Inc.*
Case No.:    USDC-ND; 3:09-CV-01653 MHP
Matter No.:  151015

I, Tami J. Martinelli, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 801 K Street, Sacramento, California 95814; I am over the age of eighteen (18) years and am not a party to this action.

On April 28, 2010, I served the attached **[PROPOSED] ORDER REQUIRING PLAINTIFF TO REGULARLY CHECK HIS MAIL AND EMAIL** in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed as follows:

Mikela Minacis                               *Plaintiff In Pro Per*
P.O. Box 424647
San Francisco, CA 94142-4647

[ X ]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Sacramento, California.  [( ) *Courtesy copy by fax.*]

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 28, 2010, at Sacramento, California.

_____
Tami J. Martinelli

CERTIFICATE OF SERVICE                                           Case No. 3:09-CV-01653 MHP